UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Sandra Jordan Perez,
Plaintiff,

vs. CA 07-214 S

Protocol Recovery Services, Inc., and
Ms. Jones, alias,
Defendants.

---

**Rule 41(a)(1) Dismissal Stipulation**

**P**ursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and no defendant having filed an Answer or Motion for Summary Judgment, the Plaintiff hereby dismisses this action as to all parties with prejudice.

Sandra Jordan Perez,
By her Attorney,

/s/ John T. Longo
______________________________
John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

**Certification**

I certify that on ____7/3/07__, a) this document was filed with the Court electronically and is available for viewing and downloading using the ECF system, and b) that it was served on the following via e-mail on:

David Haggerty
Travelers Insurance
DHAGGART@travelers.com

/s/ John T. Longo
______________________________
John T. Longo, Esq./#4928